# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Martin Rabago Basoco,<br>a.k.a.: Martin Rabago-Basoca,<br>(A 205 414 274)<br>*Defendant* | Case No. 16-6470MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 30, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Matthew Binford

☒ Continued on the attached sheet.

*Complainant's signature*
Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 1, 2016

*Judge's signature*

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On June 30, 2016, Martin Rabago Basoco, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 14, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On June 30, 2016, at or near Phoenix, in the District of Arizona, Martin Rabago Basoco, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 30, 2016, Martin Rabago Basoco was booked into the Maricopa County Jail (MCJ) by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Rabago Basoco was examined by ICE Officer M. Paredes who determined him to be a citizen of Mexico, illegally present in the United States. On that same date, an immgration detainer was lodged with the MCJ. On October 31, 2016, Rabago Basoco was released from the Arizona Department of Corrections and then transported to the Phoenix ICE office for further investigation and processing. Rabago Basoco was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Martin Rabago Basoco to be a citizen of Mexico and a previously deported criminal alien. Rabago Basoco was removed from the United States to Mexico through Nogales, Arizona, on or about August 14, 2012, pursuant to an order of removal issued by an immigration judge. There is no record of Rabago Basoco in any Department of Homeland Security database to suggest that he

obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Rabago Basoco's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Martin Rabago Basoco in any Department of Homeland Security database to suggest that after his last removal from the United States he entered into the United States at an official Port of Entry. Had Rabago Basoco presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Rabago Basoco entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Rabago Basoco's immigration history was matched to him by electronic fingerprint comparison.

5. On October 31, 2016, Martin Rabago Basoco was advised of his constitutional rights. Rabago Basoco freely and willingly agreed to provide a statement under oath. Rabago Basoco stated that his true and complete name is Martin Rabago Basoco and that he is a citizen of Mexico. Rabago Basoco stated that he illegally entered the United States in 2013, through "Sonoita," without inspection by an immigration officer. Rabago Basoco further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 30, 2016, Martin Rabago Basoco, an alien, was found in the United States

of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 14, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on June 30, 2016, at or near Phoenix, in the District of Arizona, Martin Rabago Basoco, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 1st day of November, 2016.

_____
David K. Duncan,
United States Magistrate Judge